UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRAULIO ESPINOZA, ) | CASE NO. C09-0381-JCC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER DISMISSING ACTION |
| ) | |
| J'AL ERIN MATTOON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court has carefully considered Plaintiff's objections to the R&R. (Dkt. No. 10.) Notwithstanding Plaintiff's objections, this Court lacks subject matter jurisdiction over this matter for the reasons explained in the R&R.

(2) The Court adopts the R&R. (Dkt. No. 9)

(3) The complaint and this action are DISMISSED; and

(4) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 30th day of June, 2009.

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION
PAGE -1